**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

David Lettieri

v. Civil No. 25-cv-296-JL-AJ

Mauree Boyle, et al.

## REPORT AND RECOMMENDATION

Self-represented Plaintiff David Lettieri filed this action, alleging that Defendants violated his rights under the United States Constitution at the Federal Medical Center in Devens, Massachusetts, where Mr. Lettieri is presently incarcerated. See Compl. (Doc. No. 1-2). The Complaint has been referred to the undersigned magistrate judge for preliminary review pursuant to 28 U.S.C. § 1915A(a) and LR 4.3(d)(1). Before conducting that review, however, the court must address the threshold question of Mr. Lettieri's ability to proceed in this case without prepaying the filing fee.

This court previously granted Mr. Mr. Lettieri's motion to proceed without prepayment of fees and costs (Doc. No. 3) in this matter. See October 8, 2025 Order (Doc. No. 4). However, this date, the court issued an Order vacating that decision, and now recommends that the district judge deny Mr. Lettieri's motion, for the reasons that follow.

The granting of in forma pauperis status to a prisoner is governed by 28 U.S.C. § 1915. As relevant here, § 1915 states, in relevant part:

In no event shall a prisoner bring a civil action or appeal a judgment in a

> civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Id. § 1915(g). This limit on a prisoner's ability to proceed in forma pauperis is commonly called the "three strikes" provision of § 1915.

Previously, Mr. Lettieri filed a number of cases in federal court, while he was incarcerated, which were dismissed for failure to state a claim upon which relief might be granted. Moreover, before Mr. Lettieri filed this action, a number of federal courts found him to be barred from proceeding in forma pauperis under § 1915(g). See, e.g., Lettieri v. Facebook, No. 24-cv-00873-HSG, 2024 U.S. Dist. LEXIS 147862, at *6-*8, 2024 WL 3907038, at *3 (N.D. Cal. Aug. 19, 2024) (detailing three previous cases Mr. Lettieri filed in federal court which were dismissed for failure to state a claim, and finding that he was therefore unable to proceed in a civil action without prepaying the filing fee, under § 1915(g)).

This court finds that Mr. Lettieri is subject to the "three strikes" restriction set forth in § 1915(g). Further, Mr. Lettieri has not asserted any facts in his Complaint suggesting that he is exposed to an "imminent danger of serious physical injury," related to the claims asserted in this matter, and therefore, this case is not excepted from the three-strikes bar. Accordingly, in order to proceed in this matter, Mr. Lettieri must pay the filing fee in full.

## Conclusion

For the foregoing reasons, the court now recommends that the district judge:

1. Deny Mr. Lettieri's motion (Doc. No. 3) to proceed in forma pauperis in this matter under § 1915(g).

2. If the district judge approves this Report and Recommendation, direct that Mr. Lettieri shall have 30 days from the date of such approval to pay the $402 filing fee in this case ($350 filing fee + $52 administrative fee), and warn Mr. Lettieri that if he fails to pay the full filing fee as directed, the court may dismiss this case without prejudice. See 28 U.S.C. § 1914(a).

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file objections within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

Andrea K. Johnstone
United States Magistrate Judge

October 2, 2026

cc: David L. Lettieri, pro se