UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David Lettieri

v. Case No. 25-cv-296-JL-AJ

Mauree Boyle, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 2, 2026.

____________________________
Joseph N. Laplante
United States District Judge

Date: October 26, 2026

cc: David Lettieri, pro se